```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

LESHAWN DAWSON,  Case No.: 1:20-6190 (JPC)

                    Plaintiff,

  -against-  **SCHEDULING ORDER**

HANOVER FOODS CORPORATION,

                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

    IT IS HEREBY ORDERED as follows:

    1.    The deadline for Defendant HANOVER FOODS CORPORATION ("Defendant") to answer, move, or otherwise respond to the Complaint filed by LESHAWN DAWSON is extended to December 30, 2020.

    2.    Counsel for all parties are hereby directed to appear before the undersigned for an Initial Pretrial Conference ("IPTC") in accordance with Rule 16 of the Federal Rules of Civil Procedure on ~~January 19, 2021,~~ **January 20, 2021**, at 10:00 a.m. In light of the ongoing COVID-19 pandemic, the Court will conduct the IPTC by teleconference. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

    3.    The parties shall submit a joint letter of no more than five pages by January 12, 2021, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the basis for subject matter jurisdiction; and (4) the prospect for settlement. By that date, the parties shall also submit to the Court a proposed case management plan and scheduling order, a template of which is available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

Dated:     December 1, 2020
        New York, New York                         Hon. John P. Cronan, U.S.D.J.

101361.00615/124136277v.1